ENTERED ON DOCKET
4/25/05  PURSUANT
TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



IVAN VAZQUEZ-ALOMAR

Plaintiff(s)

vs.

UNITED STATES OF AMERICA

Defendant(s)

CIVIL CASE    04-1363  (JAF)

JUDGMENT

Pursuant to this Court's Order (docket #12)  Judgment is entered dismissing without prejudice the present action.

In San Juan, Puerto Rico, this  25th  day of  April,   2005.

Frances Rios de Moran, Esq.

Clerk of Court

*s/Franchesca Torres*

Franchesca Torres
Deputy Clerk